# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

MARIE FENTON,

    Plaintiff,

vs.

CREDENCE RESOURCE MANAGEMENT, LLC and AT&T CORP.

    Defendant.
_____/

CASE NO.: 0:21-cv-60328-XXXX

JURY TRIAL DEMANDED

## JOINT SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(b)(2), Plaintiff MARIE FENTON, ("Plaintiff") and Defendants CREDENCE RESOURCE MANAGEMENT, LLC and AT&T CORP. ("Defendants"), hereby file this Joint Scheduling Report.

**I.**     **Appropriate Case Management Track**

The parties believe this case should be placed on the "standard track" as described in Local Rule 16.1(a)(2)(B).

**II.**     **Mandatory areas of discussion as required by the Fed. R. Civ. P. 26(f)**

The parties recommend that discovery be conducted as set out in Fed. R. Civ. P. 26, and Local Rule 26.1.

    **(A)**     **Detailed Discovery Schedule**

The parties have discussed voluntary initial disclosures pursuant to Fed. R. Civ. P. 26. The parties agree to make voluntary initial disclosures in accordance with Fed. R. Civ. P. 26. within 30 days of the Court's issuance of a scheduling order.

In addition to the voluntary initial disclosures, Plaintiff may take depositions and may serve

on Defendants at least one set of interrogatories, requests for production and requests for admissions. Defendants may take depositions and may serve on Plaintiff at least one set of interrogatories, requests for production and requests for admissions.

**(B)** **Discovery:** The parties currently intend to seek discovery with respect to all allegations contained in the Complaint and any amendments thereto, and in any Answers and Affirmative Defenses filed by Defendants. The parties consent to receive discovery requests and responses thereto via e-mail, pursuant to Fed. R. Civ. P. 5(b)(2)(E). The parties do not believe that discovery should be conducted in phases.

**(C)** **Electronically Stored Information:** The parties agree that readily accessible electronically stored information will be produced in .pdf format or other format to be agreed upon by serving and responding party pursuant to any Request to Produce. To the extent electronically stored information is not readily accessible, the parties agree to follow the guidelines provided in Fed. R. Civ. P. 26(b)(2)(B).

**(D)** **Privilege and Trial-Preparation Materials:** The parties agree that the standard procedures contained in Fed. R. Civ. P. 26(b) will govern any such claims of privilege.

**(E)** **Limitations on Discovery:** The parties do not anticipate any changes or limitations on the scope of discovery provided in Fed. R. Civ. P. 26(b).

**(F)** **Any Other Orders:** The parties do not anticipate the need for the court to issue any other orders pursuant to Fed. R. Civ. P. 26(c), or 16(b) and (c) at this time.

**III.** **Mandatory Areas Of Discussion As Required By Local Rule 16.1**

(A) **The likelihood of settlement**

The parties are discussing the possibility of settlement and are endeavoring to resolve the case. The parties are presently reviewing each other's claims and defenses and will continue to make a good faith effort to settle. Should the matter be settled, the parties shall promptly notify

the Court of same.

**(B)    The likelihood of appearance of additional parties**

The parties anticipate one additional party will be added to this action.

**(C)    Proposed limits on the time**

| | | |
|---|---|---|
| i. | Deadline to amend pleadings and joint parties | June 4, 2021 |
| ii. | Deadline to file pre-trial motions | February 11, 2022 |
| iii. | Deadline to complete discovery | January 28, 2022 |
| iv. | Expert Disclosure | December 3, 2021 |
| v. | Rebuttal Expert Disclosure | January 14, 2022 |

**(D)    Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses and the number and timing of motions for summary judgment or partial summary judgment**

The parties shall meet prior to the date of the Court-ordered Pretrial Conference to agree on all facts and issues that will simplify the matters to be considered by the Court. The parties anticipate that they will be able to stipulate to the authenticity of certain documents and communications, and to those undisputed facts relevant to the issues involved herein. Avoidance of frivolous claims or defenses will be handled in the same manner as Rule 11 of the Federal Rules of Civil Procedure so prescribes.

**(E)    The necessity or desirability of amendments to the pleadings**

The parties anticipate that it may be necessary to amend the pleadings and have proposed a deadline to do so in Section III(C)(i).

**(F)    The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence**

The parties agree to attempt to consider stipulating to the authenticity and admissibility of certain documentary evidence to be offered at trial. The parties also agree to attempt to consider stipulating to those undisputed facts relevant to the issues involved herein.  The parties shall utilize the required joint pretrial stipulation for this purpose. The parties agree that electronically stored information, to the extent it exists, will be produced in .pdf format, hard paper copy, or other format to be agreed upon by serving and responding party. The parties reserve their right to request electronically stored information in its native form upon a showing of good cause. No party believes that there is a need for advance rulings on the admissibility of evidence in the present matter.

**(G)** **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties will continue to endeavor to litigate this case efficiently. The parties agree to consider stipulations, including those regarding the authenticity and admissibility of documents and undisputed facts, to narrow the issues for trial.

**(H)** **Suggestions on the advisability of referring matters to the Magistrate Judge or Master**

The parties consent to the Magistrate's jurisdiction for only the purposes of discovery.

**(I)** **A preliminary estimate of the time required for trial**

The parties believe that a three day trial is likely appropriate given the facts herein.

**(J)** **Proposed**

|  |  |  |
|---|---|---|
| (i) | Mediation Cut-off | **January 28, 2022** |
| (ii) | Filing of all pretrial motions | **February 11, 2022** |
| (iii) | File Joint Pretrial Stipulation | **February 25, 2022** |
| (iv) | File Proposed Jury Instructions | **February 25, 2022** |
| (v) | Calendar Call | **March 1, 2022** |

      (vi)    Trial period begins      **March 7, 2022**

**Any other information that might be helpful to the Court in setting the case for status or pretrial conference**

Jury trial has been demanded by Plaintiffs.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized him to affix their electronic signatures to this Joint Scheduling Report.

| | |
|---|---|
| */s/ Gregory Light* | */s/ Ashley Wydro* |
| Gregory Light, Esq. | Ashley Wydro, Esq. |
| Florida Bar No. 120907 | Sessions, Israel & Shartle |
| LIGHT & GONZALEZ, PLLC | 3350 Buschwood Park Drive, Suite 195 |
| 8751 W. Broward Blvd., Ste. 209 | Tampa, FL 33618 |
| Plantation, FL 33324 | Direct: 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 |
| Telephone: (754) 900-6545 | Mobile: 407-461-4298 |
| Facsimile: (754) 203-2700 | Fax: 877-334-0661 |
| E-mail: service@lightgonzalezlaw.com | Email: awydro@sessions.legal; |
| *Counsel for Plaintiff* | gmas@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for* Credence Resource Management, LLC and AT&T Corp. |

[*Certificate of Service to Follow*]

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on March 18, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

| | |
|---|---|
| Ashley Wydro, Esq.<br>Sessions, Israel & Shartle<br>3350 Buschwood Park Drive, Suite 195<br>Tampa, FL 33618<br>Direct: 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<br>Mobile: 407-461-4298<br>Fax: 877-334-0661<br>Email: awydro@sessions.legal; gmas@sessions.legal<br>dvanhoose@sessions.legal<br>*Counsel for* Credence Resource Management, LLC and AT&T Corp. | |

Respectfully Submitted,

*/s/ Gregory Light*
Gregory Light, Esq.
Florida Bar No. 120907
LIGHT & GONZALEZ, PLLC
8751 W. Broward Blvd., Ste. 209
Plantation, FL 33324
*Counsel for Plaintiff*