UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

MARIE FENTON,

    Plaintiff,                                      Case No.: 0:21-cv-60328-RAR

v.

CREDENCE RESOURCE MANAGEMENT, LLC
and AT&T CORP.

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendants, Credence Resources Management, LLC (CRM) and AT&T Corp. (AT&T), through undersigned counsel, hereby submit this Notice of Pending Settlement and state that the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: April 23, 2021                      Respectfully Submitted,

                                              */s/Ashley Wydro*
                                              Ashley Wydro, Esq.
                                              Florida Bar No. 0106605
                                              Dayle M. Van Hoose, Esq.
                                              Florida Bar No. 0016277
                                              SESSIONS, ISRAEL & SHARTLE, LLC
                                              3350 Buschwood Park Drive, Suite 195
                                              Tampa, Florida 33618
                                              Telephone: (813) 440-2460
                                              Facsimile: (877) 334-0661
                                              awydro@sessions.legal
                                              dvanhoose@sessions.legal

*Counsel for Defendant, Credence Resource Management, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of April 2021, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

Gregory Light, Esq.
Light & Gonzalez, PLLC
8751 W. Broward Blvd., Suite 209
Plantation, FL 33324
greg@lightgonzalezlaw.com
service@lightgonzalezlaw.com

*/s/ Ashley Wydro*
Attorney